Name **Chris Epperson**
Street Address **8521 Paradise Valley Rd.**
City and County **Spring Valley**
State and Zip Code **California**
Telephone Number **619 273 7200**

FILED

SEP 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Chris Jonathan Epperson**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Yohanna Renee Kerr**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. **1:22-CV-01195-SAB**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Chris Jonathan Epperson
   Street Address: 8521 Paradise Valley Rd Apt 126
   City and County: Spring Valley
   State and Zip Code: California 91977
   Telephone Number: 619 273 7200

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Yohanna Renee Kerr
   Job or Title (if known): Premier Courier Services Inc
   Street Address: 410 8th Ave
   City and County: New York
   State and Zip Code: New York 10001-1832
   Telephone Number:

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

2

Defendant No. 3

    Name  
    Job or Title  
    (if known)  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  

Defendant No. 4

    Name  
    Job or Title  
    (if known)  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
18 U.S.C 30
18 U.S.C 31
18 U.S.C 41
```

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) **Chris Epperson**, is a citizen of the State of (name) **California**.

    b. If the plaintiff is a corporation

    **C.E.** The plaintiff, (name) ~~Yohanna Kerr~~, is incorporated under the laws of the State of (name) ~~New York~~, and has its principal place of business in the State of (name) ~~New York~~.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) **Yohanna Kerr**, is a citizen of the State of (name) **New York**. Or is a citizen of (foreign nation) **New York**.

4

    b.    If the defendant is a corporation

The defendant, *(name)* **Yohanna Kerr**, is incorporated under the laws of the State of *(name)* **New York**, and has its principal place of business in the State of *(name)* **Coastal Bank**. *Or* is incorporated under the laws of *(foreign nation)* **Italy**, and has its principal place of business in *(name)* **Coastal Bank**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**40 million**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Racketeering Extortion Embezzelment**

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cross-Motion Summarry Judgment
Enievident Tampeering discreet
Tampeering government evidence
Computer fraud mail Fraud

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/3, 2022

Signature of Plaintiff

Printed Name of Plaintiff   Chris Epperson