1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  CHRIS EPPERSON, | Case No.  1:22-cv-01195-SAB |
| 12  Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| 13  v. | WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM |
| 14  YOHANNA RENEE KERR, | APPLICATION OR PAY FILING FEE |
| 15  Defendant. | (ECF No. 2) |
| 16  | TWENTY-ONE DAY DEADLINE |

17

18   Plaintiff Chris Epperson, proceeding *pro se*, filed a complaint in this action on September

19  21, 2022.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an

20  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However,

21  Plaintiff's application does not contain sufficient information for the Court to determine if he is

22  entitled to proceed in this action without prepayment of fees.

23   Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

24  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

25  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

26  full.

27  / / /

28  / / /

1

1      Based upon the foregoing, it is HEREBY ORDERED that:

2      1.      Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

3      2.      The Clerk of the Court is directed to forward an Application to Proceed in District

4      Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

5      3.      Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1)

6      pay the $402.00 filing fee for this action, or (2) complete and file the enclosed

7      Application to Proceed in District Court Without Prepaying Fees or Costs (Long

8      Form) – AO 239; and

9      4.      If Plaintiff fails to comply with this order, this action shall be dismissed for failure

10      to pay the filing fee and failure to comply with a court order.

11

IT IS SO ORDERED.

12

13 Dated:     **September 22, 2022**

UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28