UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>YOHANNA RENEE KERR,<br><br>   Defendant. | Case No. 1:22-cv-01195-JLT-SAB<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 6) |

The assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action because the initially filed application contained insufficient information, and the Plaintiff did not file a long form application as ordered. (Doc. 10.) Those findings and recommendations were served on Plaintiff, and it contained notice that any objections thereto were to be filed within 14 days after service. (*Id.* at 2.) Plaintiff did not file objections nor a long form application.

On November 17, 2022, the District Judge adopted the findings and recommendations, ordered Plaintiff to pay the filing fee for this action, and specifically warned Plaintiff that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice. Because Plaintiff has not paid the filing fee, the action cannot proceed at this time.

///

1

Accordingly, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee for this action.
2. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: __**December 21, 2022**__

UNITED STATES DISTRICT JUDGE

2