## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRIS EPPERSON,**

CASE NO: **1:22–CV–01195–JLT–SAB**

v.

**YOHANNA RENEE KERR,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/22/2022**

**Keith Holland**
Clerk of Court

ENTERED: **December 22, 2022**

by: /s/ O. Rivera
Deputy Clerk